IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

DANIEL VALLEJO RECIO,

    Plaintiff,

v.                                      2:24-CV-233-Z-BR

NFN GREEN *et al.*,

    Defendants.

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff's Complaint as three-strikes barred ("FCR") (ECF No. 5). Plaintiff filed no objections. Therefore, after independent review of the record, it is **ORDERED** that the FCR be **ADOPTED** and Plaintiff's Complaint **DISMISSED** as three-strikes barred.

**SO ORDERED.**

November 25, 2024.

                                                          MATTHEW J. KACSMARYK
                                                          UNITED STATES DISTRICT JUDGE